# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137612 & (24)(26)

NATIONWIDE MUTUAL FIRE
INSURANCE  CO.,
          Plaintiff-Appellee,

v

SC: 137612
COA: 284903
Oakland CC: 2004-061786-CZ

DAVID KERSH,
          Defendant-Appellant.

_____/

On order of the Court, the motion for disqualification is DENIED.  The application for leave to appeal the July 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion for miscellaneous relief is DENIED.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

Clerk

d0120